IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Moore, LaTanya B

Printed: 02/17/09

Case Number: 07 B 14594
Judge: Goldgar, A. Benjamin
Filed: 8/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 6, 2009
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,245.00 |  |
| Secured: |  | 5,978.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,793.58 |
| Trustee Fee: |  | 472.73 |
| Other Funds: |  | 0.00 |
| Totals: | 8,245.00 | 8,245.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,200.00 | 1,793.58 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 28,423.20 | 5,978.69 |
| 4. | Home Loan Services | Secured | 6,324.64 | 0.00 |
| 5. | RY Properties | Secured | 1,600.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 236.76 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 146.90 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 53.30 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 327.75 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 626.82 | 0.00 |
| 11. | Ivanhoe Dental Group Ltd | Unsecured |  | No Claim Filed |
| 12. | Global Payments | Unsecured |  | No Claim Filed |
| 13. | U Haul | Unsecured |  | No Claim Filed |
| 14. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,939.37 | $ 7,772.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 310.23 |
| 6.5% | 162.50 |
|  | $ 472.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Moore, LaTanya B | Case Number:  07 B 14594 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/17/09 | Filed:  8/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*